**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES RUSSELL MARKWITH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-49 |
| | ) | Judge Nora Barry Fischer |
| WARDEN OF FCI LORETTO, et al., | ) | Magistrate Judge Maureen P. Kelly |
| | ) | |
| Respondents. | ) | |

**<u>MEMORANDUM ORDER</u>**

AND NOW, this 26th day of March, 2026, upon consideration of the Report and Recommendation filed by United States Magistrate Judge Maureen P. Kelly on February 3, 2026, (Docket No. 13), recommending that the § 2241 habeas petition filed by Petitioner James Russell Markwith against Respondents Warden of FCI Loretto et al. be denied as he is ineligible for earned time credits pursuant to 18 U.S.C. §§ 3632(d)(4)(D)(xli) and (d)(4)(D)(xliii) due to his convictions for transporting and distributing a visual depiction of a minor for importation into the United States, in violation of 18 U.S.C. §§ 2260(b) and 2252(b)(1), and that his claims were otherwise without merit and directed that objections were due within 14 days such that objections by non-ECF users were initially due by February 20, 2026, but later granted an extension of time for Petitioner to file any objections by March 20, 2026, (Docket No. 15), Petitioner having failed to file Objections as of the date of this Order, this matter having been recently reassigned to the undersigned for prompt disposition, and upon independent review of the record and de novo consideration of the Magistrate Judge's February 3, 2026 Report and Recommendation, (Docket No. 13), which is adopted as the Opinion of the Court,

IT IS HEREBY ORDERED the Petition [1] is DENIED, with prejudice, for the reasons stated in the Report and Recommendation;

IT IS FURTHER ORDERED that no certificate of appealability shall issue, *see Goodloe v. Warden Lewisburg USP*, 2025 WL 342189, *1, n.1 (3d Cir. 2025) (citing *Reese v. Warden Phila. FDC*, 904 F.3d 244, 246 (3d Cir. 2018) ("a federal prisoner challenging the denial of a § 2241 petition […] need not obtain a certificate of appealability"); and,

IT IS FURTHER ORDERED that an appropriate Judgment follows.

<u>*s/Nora Barry Fischer*</u>
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: Magistrate Judge Maureen P. Kelly
cc:    JAMES RUSSELL MARKWITH
       BOP Reg. # 12657-049
       LORETTO FEDERAL CORRECTIONAL INSTITUTION
       Inmate Mail/Parcels
       P.O. BOX 1000
       CRESSON, PA 16630
        (via first class mail)

2